IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO OSCAR TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv422-MHT |
| | ) | (WO) |
| THE STATE OF ALABAMA and | ) | |
| JUDGE GREG GRIFFIN, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining that he previously was incarcerated illegally and that the State breached its plea agreement to resolve all of his pending charges. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted,

except for the language describing plaintiff as a state prisoner.*

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2017.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**

---

\* While the recommendation refers to plaintiff as a state prisoner, plaintiff does not appear from this court's records to have been in prison at any time during the pendency of this case. In any case, this erroneous description does not undermine the reasoning of the recommendation or change the outcome of the case.