IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTONIO OSCAR TATUM,         )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )      2:16cv422-MHT
                             )           (WO)
THE STATE OF ALABAMA and     )
JUDGE GREG GRIFFIN,          )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted, with the exception noted in the opinion.

(2) Plaintiff's claims for damages against the named defendants are dismissed with prejudice.

(3) To the extent plaintiff seeks to challenge his conviction and sentence, his claims are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of July, 2017.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE